■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAMONT T. CONNER, Also Known as LAMONT K. CONNER, Appellant. [11 NYS3d 498]—Appeal from a judgment of the Supreme Court, Monroe County (Thomas E. Moran, J.), rendered July 19, 2013. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Lindley, Sconiers, Whalen and DeJoseph, JJ.